**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON,<br><br>Plaintiff,<br><br>v.<br><br>BDE CAPITAL FINANCIALS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:26-1339-RJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE**

The instant civil action has been designated for placement into the United States District Court for the Western District of Pennsylvania's Alternative Dispute Resolution (ADR) program.

The parties are directed to fully complete the required Rule 26(f) report, which includes the stipulation of selecting an ADR process.

For further information, parties should refer to Local Rule 16.2 and the Court's ADR Policies and Procedures, which can be accessed at the Court's website at www.pawd.uscourts.gov

Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of this notice on all parties.

The attorneys of record and all unrepresented parties that appear in this case are reminded that they are jointly responsible for submitting to the Court the following documents prior to the Initial Case Management Conference, in addition to any additional requirements of the assigned Judge:

(a)    a written report required by Fed.R.Civ.P. 26(f), in the format set forth in Appendix to the Local Civil Rule 16.1.1A

(b)    a stipulation of selecting an ADR process (pursuant to Revised Local Rule 16.2).