# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **BDE CAPITAL FINANCIALS, LLC** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 2:26-cv-01339 <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Lysne Cook, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BDE CAPITAL FINANCIALS, LLC in Duval County, FL on June 25, 2026 at 10:39 am at 476 Riverside Ave, Jacksonville, FL 32202-4912 by leaving the following documents with Debra Davis who as Receptionist at Republic Registered Agent is authorized by appointment or by law to receive service of process for BDE CAPITAL FINANCIALS, LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Additional Description:
Papers were served at 10:45 AM.
Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.3208966667,-81.6748716667
Photograph: See Exhibit 1


Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Duval County_____ ,

___FL_____ on ___6/26/2026_____ .

/s/ *Lysne Cook*
_____
Signature
Lysne Cook
+1 (904) 502-3960



Exhibit 1a)